# First District Court of Appeal
## State of Florida

_____

No. 1D22-2133

_____

STATE OF FLORIDA,

Petitioner,

v.

TORRANCE C. PARAMORE,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 21, 2022

PER CURIAM.

DISMISSED.

RAY, MAKAR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Petitioner.

No appearance for Respondent.